**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

|  |  |
|---|---|
| SANDRA WHITELOW,<br><br>            Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 2:25-cv-03097-MSN-TMP<br><br>Honorable Judge Mark S. Norris<br><br>Honorable Judge Tu M. Pham |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES**

Plaintiff Sandra Whitelow and Defendant The Prudential Insurance Company of America (together referred to as "the Parties"), by and through their respective attorneys, hereby submit this joint motion to stay the Court's deadlines, and state the following:

1.      On June 10, 2026, the Parties reached a settlement in principle.

2.      The Parties anticipate that they will soon be prepared to file a Stipulation of Dismissal with Prejudice.

3.      Because the Parties have reached a settlement in principle and need time to finalize a settlement agreement, the Parties request to stay all case activity in this action for sixty (60) days.

4.      This request is made in good faith and not for the purposes of causing unwarranted delay.

WHEREFORE, the Parties jointly submit this Notice of Settlement and request that this Court enter an order to stay for sixty days (60) all activity pending the filing of the Stipulation of Dismissal with Prejudice.

DATED:  June 15, 2026                    Respectfully submitted,

                                         THE PRUDENTIAL INSURANCE
                                         COMPANY OF AMERICA


                                         By: */s/ Julie M. Kamps*
                                             Julie M. Kamps (admitted pro hac vice)
                                             jkamps@seyfarth.com
                                             Samuel M. Schwartz-Fenwick (admitted
                                             pro hac vice)
                                             sschwartz-fenwick@seyfarth.com
                                             SEYFARTH SHAW LLP
                                             233 South Wacker Drive, Suite 8000
                                             Chicago, IL 60606
                                             Telephone: (312) 460-5000
                                             Facsimile: (312) 460-7000

                                             Cyrus L. Booker
                                             cbooker@bookerlegal.com
                                             Booker Legal Group, P.C.
                                             1205 Powell Place, Suite 314
                                             Brentwood, TN 37027
                                             Telephone: 615-815-1634
                                             Facsimile: 615-301-6500

                                             *Counsel for Defendant*

                                         SANDRA WHITELOW

                                         By: */s/ Robert A. Donati (with permission)*
                                             Robert A. Donati
                                             robert@donatilaw.com
                                             DONATI LAW FIRM, LLP
                                             1545 Union Ave.
                                             Memphis, TN 38104
                                             Telephone: (901) 278-1004
                                             Facsimile: (901) 278-3111

                                             *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, I filed the foregoing JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY via the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Robert A. Donati
robert@donatilaw.com
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Ashton Jones
ashton@donatilaw.com
DONATI LAW FIRM, LLP
PO Box 71
Gallatin, TN 37066

*Attorneys for Plaintiff*

*/s/ Julie M. Kamps*
Julie M. Kamps

3