**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

SANDRA WHITELOW,

    Plaintiff,

v.                                                                Case No. 2:25-cv-03097-MSN-tmp

PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

    Defendant.

**ORDER STAYING DEADLINES**

Before the Court is the parties' Joint Notice of Settlement and Motion to Stay Deadlines (ECF No. 22), filed June 15, 2026. The parties represent therein that this matter has settled and anticipate filing a stipulation of dismissal within the next sixty days.

Accordingly, for good cause shown, the request to stay deadlines is **GRANTED**. All deadlines in this case are suspended for sixty (60) days.

**IT IS SO ORDERED**, this 15th day of June, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE